**<u>EXHIBIT 1:</u>** STILLIMAGE# 1

