**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://www.facebook.com/watch/?v=690230492161085

